AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>BOBBY L. PARKER<br><br>*Defendant(s)* | Case No.   4:22 MJ 3250 NCC<br>SIGNED AND SUBMITTED TO THE COURT FOR<br>FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 10, 2022  in the county of  St. Louis City  in the Eastern District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841(a) | Possession with intent to distribute a controlled substance |
| 18:924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

*Complainant's signature*

Special Agent Daniel Zwiesler, FBI
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  11/10/2022

*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Noelle C. Collins , U.S. Magistrate Judge
*Printed name and title*